**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____   Chapter __**7**__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **TJS Construction Limited Liability Company** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FDBA  Stocke Construction** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-2875782** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **717 Creekside Circle**<br>**Duluth, MN 55811**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Saint Louis**<br>County | **Location of principal assets, if different from principal place of business**<br>**Arrowhead Rd Hermantown, MN 55811**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **TJS Construction Limited Liability Company**    Case number (*if known*) _____
     Name

**7.**   **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
    <u>2361</u>

---

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

Debtor   **TJS Construction Limited Liability Company**                    Case number (*if known*) _____
   Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **TJS Construction Limited Liability Company**                                  Case number (*if known*) _____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor    **TJS Construction Limited Liability Company**
_____    Case number (*if known*) _____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 11, 2024**
MM / DD / YYYY

X **/s/ Theodore J. Stocke**
Signature of authorized representative of debtor

**Theodore J. Stocke**
Printed name

Title    **Chief Manager**

**18. Signature of attorney**

X **/s/ John F. Hedtke**
Signature of attorney for debtor

Date    **June 11, 2024**
MM / DD / YYYY

**John F. Hedtke 0167666**
Printed name

**Hedtke Law Office**
Firm name

**1217 E. 1st Street**
**Duluth, MN 55805**
Number, Street, City, State & ZIP Code

Contact phone    **218-728-1993**    Email address    **john@hedtkelaw.com**

**0167666 MN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **TJS Construction Limited Liability Company**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 11, 2024**        X **/s/ Theodore J. Stocke**
                                          Signature of individual signing on behalf of debtor

                                          **Theodore J. Stocke**
                                          Printed name

                                          **Chief Manager**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **TJS Construction Limited Liability Company**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................   $    **290,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................   $    **7,505.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................   $    **297,505.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $    **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$    **1,727,520.14**

4. **Total liabilities** ........................................................................................................................
    Lines 2 + 3a + 3b    $    **1,727,520.14**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **TJS Construction Limited Liability Company**

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **SCCU** | **savings** | | **$5.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | | **$5.00** |

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

Debtor **TJS Construction Limited Liability Company**            Case number *(If known)* _____
Name

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** misc building and framing materials | | $0.00 | Liquidation | $7,500.00 |

**23. Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$7,500.00

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** computer | $1,500.00 | Liquidation | Unknown |

---

| Debtor | **TJS Construction Limited Liability Company** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $0.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Vacant land located at xxxxx Arrowhead Rd, Hermantown, MN legally described as: Lot 4, Except Westerly 150 feet, Block 14, Duluth Homestead Subdivision Plat, City of Hermantown, St. Lous County, MN** | Fee simple | $290,000.00 | Appraisal | $290,000.00 |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $290,000.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

Debtor **TJS Construction Limited Liability Company**                    Case number *(If known)* _____
Name

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **MN Residential Contractor's License** | **$0.00** | | **$0.00** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                                                               **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **TJS Construction Limited Liability Company**
          Name                                                    Case number *(If known)* _____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $7,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $290,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,505.00 | + 91b. $290,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $297,505.00 |

**Fill in this information to identify the case:**

Debtor name __**TJS Construction Limited Liability Company**__

United States Bankruptcy Court for the: __DISTRICT OF MINNESOTA__

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
|---|

Debtor name  **TJS Construction Limited Liability Company**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Irs**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Minnesota Dept of Revenue**
**Att: 551 Bankruptcy Section**
**PO Box 64447**
**Saint Paul, MN 55106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **TJS Construction Limited Liability Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,014.15**

**AFCO**
**4501 College Blvd**
**Ste 320**
**Leawood, KS 66211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **loan blance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,008.00**

**American Eagle Roofing**
**692 25th Ave**
**Clear Lake, WI 54005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Andrew & Jackie Mekhail**
**9491 Summerlin Rd**
**Saint Paul, MN 55129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Anne Boller**
**3631 London Road**
**Duluth, MN 55803**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **contract**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$49,343.00**

**Arrow Building Center**
**Po Box 856310**
**Minneapolis, MN 55485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Brian Andresen**
**3713 London Rd**
**Duluth, MN 55804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **contract**

Last 4 digits of account number  **3713**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$111,300.00**

**Caldwell Plumbing & Heating**
**616 Glenwood St**
**Duluth, MN 55803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TJS Construction Limited Liability Company** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.8** | Nonpriority creditor's name and mailing address

**Campbells Lumber**
**3107 Tower Ave**
**Superior, WI 54880**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$23,962.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  subcontractor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address

**Christine Dearing**
**2311 4th Street**
**Duluth, MN 55812**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  breach of contract claim

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address

**Comfort Systems**
**PO Box 860643**
**Minneapolis, MN 55486**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,400.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  utilities-multiple accounts

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address

**County Materials Corporation**
**3200 S Main St**
**Rice Lake, WI 54868**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$9,316.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  subcontractor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address

**David and Linda Bergum**
**1282 Wander Road**
**Isabella, MN 55607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  breach of contract litigation

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address

**Excel Drywall**
**600 Blvd Place**
**Duluth, MN 55811**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$11,812.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  subcontractor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address

**Ferguson Enterprises**
**4209 Airpark Blvd**
**Duluth, MN 55811-5714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$23,266.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  supplier

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **TJS Construction Limited Liability Company** | Case number (*if known*) | |
| | Name | | |

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,500.00**

**Finer Homes Construction**
**4868 S Sam Anderson Rd**
**South Range, WI 54874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,466.00**

**Foundation Building Materials**
**5262 Glenbrook Ave N**
**Saint Paul, MN 55128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$549.50**

**Glass Guru**
**102 E Central Entrance**
**Ste 6**
**Duluth, MN 55811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,780.00**

**Hanco Utilities Inc**
**Po Box 55**
**Lake Nebagamon, WI 54849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Hanft Fride**
**130 W Superior St Ste 1000**
**Duluth, MN 55802-2082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hannah Johnson**
**419 N 13th Ave E**
**Duluth, MN 55805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$562.00**

**Hanover Insurance Group**
**PO Box 580045**
**Charlotte, NC 28258-0045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **TJS Construction Limited Liability Company**                    Case number (if known) _____
　　　　　Name

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,054.30** |
|---|---|---|---|

**Hartel's Disposal Company**
**930 Highway 2**
**Duluth, MN 55810-1654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   __services__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeff and Tami Rengel**
**3707 London Rd**
**Duluth, MN 55804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  __3707__

Basis for the claim:   __contract__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$420,000.00** |
|---|---|---|---|

**Jeffrey and Heidi Schlomann**
**201 Downtown Plaza**
**Fairmont, MN 56031**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  __69du-cv-24-1060__

Last 4 digits of account number _

Basis for the claim:   __judgment__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jerry and Gillian McNeal**
**16641 Devon Drive**
**Minnetonka, MN 55345**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   __breach of contract claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,918.14** |
|---|---|---|---|

**JRK Steel**
**5900 Main St**
**Duluth, MN 55807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   __subcontractor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kate Huff**
**3711 London Rd**
**Duluth, MN 55804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  __3711__

Basis for the claim:   __contract__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,200.00** |
|---|---|---|---|

**Lagom Home MN LLC**
**3018 Bald Eagle Trail**
**Duluth, MN 55804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   __subcontractor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **TJS Construction Limited Liability Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$441.04**

**Lake City Towing**
**2904 Winter St**
**Superior, WI 54880**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00**

**Lake Country Masonry**
**1707 N 8th St**
**Superior, WI 54880**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,135.55**

**Lampert Lumber**
**Po Box 856310**
**Minneapolis, MN 55485**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00**

**Likewise**
**3002 Bald Eagle Trail**
**Duluth, MN 55804**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,225.00**

**Little Moose Painting Inc**
**6818 Highway 29**
**Meadowlands, MN 55765**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Mark & Tamara Masten**
**3709 London Rd**
**Duluth, MN 55804**

Date(s) debt was incurred _
Last 4 digits of account number  **3709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **contract**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Mark and Stacy  Svejkovsky**
**3719 London Rd**
**Duluth, MN 55804**

Date(s) debt was incurred _
Last 4 digits of account number  **3719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **contract**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **TJS Construction Limited Liability Company**                         Case number *(if known)* _____
_____
Name

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Matt Christiansen**
**Stacy Rodd**
**5014 Otter River Rd**
**Duluth, MN 55811**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,000.00** |

**Mike Adams Framing**
**4516 Gladstone St**
**Duluth, MN 55804**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,369.44** |

**Minardi Lumber**
**3707 Lavaque Rd**
**Duluth, MN 55811**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,887.00** |

**MSA Professional Services**
**1230 South Blvd**
**Baraboo, WI 53913**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Neal and Angela Jacobi**
**3625 London Rd**
**Duluth, MN 55804**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,468.00** |

**Northwoods Spray Foam**
**6716 Northwoods Rd**
**Duluth, MN 55803**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$741.96** |

**Pauls Portables**
**Po Box 581**
**Sandstone, MN 55072**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TJS Construction Limited Liability Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.43**

**Nonpriority creditor's name and mailing address**
**Robert & Melanie McMicken**
**5012 Silver Leaf St**
**Duluth, MN 55811**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **contract**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.44**

**Nonpriority creditor's name and mailing address**
**Ross Drywall**
**419 N 38th Ave W**
**Duluth, MN 55807**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$29,171.25**

---

**3.45**

**Nonpriority creditor's name and mailing address**
**Ryan Whippler**
**333 N 1st Ave W**
**Apt 4108**
**Duluth, MN 55806**

Date(s) debt was incurred **69du-cv-23-2507**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **judgment entered 4/9/2024**

Is the claim subject to offset? ■ No ☐ Yes

**$632,000.00**

---

**3.46**

**Nonpriority creditor's name and mailing address**
**Scott and Keri Jenkins**
**3705 London Rd**
**Duluth, MN 55804**

Date(s) debt was incurred _

Last 4 digits of account number **3705**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **contract**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.47**

**Nonpriority creditor's name and mailing address**
**Sherwin Williams**
**4767 Miller Trunk Highway**
**Duluth, MN 55811**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$25,087.71**

---

**3.48**

**Nonpriority creditor's name and mailing address**
**Simco Electric LLC**
**3947 E Calvary Rd**
**Ste 102**
**Duluth, MN 55803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$65,355.00**

---

**3.49**

**Nonpriority creditor's name and mailing address**
**Surfaces By Design**
**50089 Matterhorn Drive**
**Duluth, MN 55811**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$2,908.35**

---

| Debtor | **TJS Construction Limited Liability Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,980.35 |
|---|---|---|---|

**Titan Machinery**
**4311 Haines Road**
**Duluth, MN 55811**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __supplier__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,747.12 |
|---|---|---|---|

**US LBM Oper. Co 3009**
**d/b/a Midwest Reg Credit Manag**
**520 3rd St., Ste 200**
**Excelsior, MN 55331**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __subcontractor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wendy & Adam Otterness**
**3715 London Rd**
**Duluth, MN 55804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __contract__

**Last 4 digits of account number  3715__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,949.28 |
|---|---|---|---|

**Wolcyn Tree Farms**
**4542 Highway 95 NW**
**Cambridge, MN 55008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __supplier__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102.00 |
|---|---|---|---|

**YMCA**
**Po Box 3678**
**Duluth, MN 55803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brown & Joseph, LTD**<br>**One Pierce Pl**<br>**Ste 700**<br>**Itasca, IL 60143** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **DeHaan & Bach**<br>**25 Whitney Drive**<br>**Ste 106**<br>**Milford, OH 45150** | Line **3.47**<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **TJS Construction Limited Liability Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.3** **Fryberger Buchanan, Et Al.** **Tom Witt** **700 Lonsdale Bldg.** **Duluth, MN 55802** | Line **3.45** ☐ Not listed. Explain ____ | _ |
| **4.4** **Fryberger Buchanan, Et Al.** **Matt Hanka** **302 W Superior St Ste 700** **Duluth, MN 55802-5150** | Line **3.7** ☐ Not listed. Explain ____ | _ |
| **4.5** **Hellmuth & Johnson** **Nicklaus A. Johnson** **8050 W 78th St** **Minneapolis, MN 55439-2530** | Line **3.24** ☐ Not listed. Explain ____ | _ |
| **4.6** **Johnson, Killen & Seiler, PA** **Daryl Fuchihara** **230 W Superior St Ste 800** **Duluth, MN 55802-1916** | Line **3.40** ☐ Not listed. Explain ____ | _ |
| **4.7** **Kelly Klun** **Po Box 240** **Ely, MN 55731** | Line **3.12** ☐ Not listed. Explain ____ | _ |
| **4.8** **Mark A, Kirkorsky** **Law Offices** **1119 W Southern Ave** **Mesa, AZ 85210** | Line **3.14** ☐ Not listed. Explain ____ | _ |
| **4.9** **MaslonLLP** **David A. Laberge** **90 S 7th St, Ste 3300** **Minneapolis, MN 55402** | Line **3.25** ☐ Not listed. Explain ____ | _ |
| **4.10** **Pearson Law LLC** **Po Box 16873** **Duluth, MN 55816** | Line **3.48** ☐ Not listed. Explain ____ | _ |
| **4.11** **Quigley Law Firm** **PO Box 390113** **Minneapolis, MN 55439-0113** | Line **3.47** ☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. | + $ | **1,727,520.14** |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | **1,727,520.14** |

---

**Fill in this information to identify the case:**

Debtor name    **TJS Construction Limited Liability Company**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

---

**Fill in this information to identify the case:**

Debtor name    **TJS Construction Limited Liability Company**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

**Column 1: Codebtor**

**Column 2: Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **London East LLC** | **717 Creekside Circle Duluth, MN 55811** | **Ryan Whippler** | ☐ D _____<br>■ E/F  __3.45__<br>☐ G _____ |
| 2.2 | **London East LLC** | **717 Creekside Circle Duluth, MN 55811** | **Jerry and Gillian McNeal** | ☐ D _____<br>■ E/F  __3.25__<br>☐ G _____ |
| 2.3 | **London East LLC** | **717 Creekside Circle Duluth, MN 55811** | **Jeffrey and Heidi Schlomann** | ☐ D _____<br>■ E/F  __3.24__<br>☐ G _____ |
| 2.4 | **London East LLC** | **717 Creekside Circle Duluth, MN 55811** | **Wendy & Adam Otterness** | ☐ D _____<br>■ E/F  __3.52__<br>☐ G _____ |
| 2.5 | **London East LLC** | **717 Creekside Circle Duluth, MN 55811** | **Mark and Stacy Svejkovsky** | ☐ D _____<br>■ E/F  __3.35__<br>☐ G _____ |

| Debtor | **TJS Construction Limited Liability Company** | | Case number *(if known)* | |
|---|---|---|---|---|

**■ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **London East LLC** | **717 Creekside Circle Duluth, MN 55811** | **Brian Andresen** | ☐ D _____ ■ E/F __**3.6**__ ☐ G _____ |
| 2.7 | **London East LLC** | **717 Creekside Circle Duluth, MN 55811** | **David and Linda Bergum** | ☐ D _____ ■ E/F __**3.12**__ ☐ G _____ |
| 2.8 | **London Est LLC** | **717 Creekside Circle Duluth, MN 55811** | **AFCO** | ☐ D _____ ■ E/F __**3.1**__ ☐ G _____ |
| 2.9 | **Renovo Capital, LLC** | | **Ryan Whippler** | ☐ D _____ ■ E/F __**3.45**__ ☐ G _____ |
| 2.10 | **Ted Stocke** | **717 Creek Side Circle Duluth, MN 55811** | **Hanft Fride** | ☐ D _____ ■ E/F __**3.19**__ ☐ G _____ |
| 2.11 | **Ted Stocke** | | **Comfort Systems** | ☐ D _____ ■ E/F __**3.10**__ ☐ G _____ |
| 2.12 | **Ted Stocke** | **717 Creek Side Circle Duluth, MN 55811** | **Jeffrey and Heidi Schlomann** | ☐ D _____ ■ E/F __**3.24**__ ☐ G _____ |
| 2.13 | **Ted Stocke** | **717 Creek Side Circle Duluth, MN 55811** | **Sherwin Williams** | ☐ D _____ ■ E/F __**3.47**__ ☐ G _____ |

| Debtor | **TJS Construction Limited Liability Company** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

**Fill in this information to identify the case:**

Debtor name    **TJS Construction Limited Liability Company**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2024** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$0.00** |
| **For prior year:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | **$994,299.00** |
| **For year before that:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other _____ | **$2,295,025.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2024** to **Filing Date** | **sale of assets** | **$7,500.00** |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **TJS Construction Limited Liability Company**                    Case number *(if known)* _____

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **David and Linda Bergum v Debtor** 69VI-cv-23-635 | **breach of contract** | **St Louis County MN** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Ryan Whippler v Debtor, London East LLC and Renovo Capital, LLC** 69du-cv-23-2507 | **breach of contract etc** | **St Louis County Duluth, MN 55802** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. | **National Bank Of Commerce v Debtor** 69du-cv-23-2388 | **mortgage foreclosure** | **St Louis County Duluth, MN 55802-1650** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.4. | **Jeffrey and Heidi Schlomann v Stocke Construction** 69du-cv-24-1060 | **breach of contract** | **St. Louis County Court Administrator 100 N 5th Ave W Duluth, MN 55802-1202** | ☐ Pending ☐ On appeal ■ Concluded |

Debtor    **TJS Construction Limited Liability Company**    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.5.    **Neal and Angela Jacobi v Debtor**<br>**69du-cv-24-1000** | contract | St Louis County<br>Duluth, MN | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.    **John F Hedtke**<br>**1217 E 1st St**<br>**Duluth, MN 55805-2402** | | | **$4,700.00** |
| Email or website address | | | |
| Who made the payment, if not debtor?<br>debtor | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor    **TJS Construction Limited Liability Company**                     Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **3rd party** | **sliding glass door** | **January 2024** | **$2,000.00** |
| | Relationship to debtor **none** | | | |
| 13.2. | **3rd party** | **10' x 40' storage container** | **2/13/2024** | **$3,000.00** |
| | Relationship to debtor **none** | | | |
| 13.3. | **3rd party** | **10' x 40' storage container** | **6/10/2024** | **$2,500.00** |
| | Relationship to debtor **none** | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor   **TJS Construction Limited Liability Company**                     Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **National Bank Of Commerce 1127 Tower Ave Superior, WI 54880-1502** | **XXXX-** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **closed in January 2024 by bank** | **Unknown** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

| Debtor | **TJS Construction Limited Liability Company** | Case number *(if known)* |

---

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Priolo Bookkeeping** | **ongoing** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    **TJS Construction Limited Liability Company**                    Case number *(if known)* _____

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Ted Stocke** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ted Stocke** | **717 Creekside Circle**<br>**Duluth, MN 55811** | **Chief manager - owner** | **100** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Debtor   **TJS Construction Limited Liability Company**                          Case number *(if known)* _____

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 11, 2024**   _____

**/s/ Theodore J. Stocke**                          **Theodore J. Stocke**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Chief Manager**   _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

LOCAL FORM 1007-1
REVISED 06/16

# United States Bankruptcy Court
### District of Minnesota

In re **TJS Construction Limited Liability Company**                         Case No. _____

_____
Debtor(s)                         Chapter   **7**   _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal Services, I have agreed to accept   ............................ $   **4,700.00**   _____
Prior to the filing of this statement I have received   .............. $   **4,700.00**   _____
Balance Due   ......................................................................... $   **0.00**   _____

2.    The source of the compensation paid to me was:
   ■   Debtor                         ☐   Other (specify)

3.    The source of the compensation to be paid to me is:
   ■   Debtor                         ☐   Other (specify)

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

   **a.**. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   **b.**. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   **c.**. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   **d.**. Representation of the debtor in contested bankruptcy matters; and

   **e.**. Other services reasonably necessary to represent the debtor(s).

6.    Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

LOCAL FORM 1007-1
REVISED 06/16

## CERTIFICATION

I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: **June 11, 2024**

Signature of Attorney
**/s/ John F. Hedtke**
**John F. Hedtke 0167666**

# United States Bankruptcy Court
### District of Minnesota

In re    **TJS Construction Limited Liability Company**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 11, 2024**

**/s/ Theodore J. Stocke**

**Theodore J. Stocke**/**Chief Manager**
Signer/Title

.

AFCO
4501 COLLEGE BLVD
STE 320
LEAWOOD KS 66211


AMERICAN EAGLE ROOFING
692 25TH AVE
CLEAR LAKE WI 54005


ANDREW & JACKIE MEKHAIL
9491 SUMMERLIN RD
SAINT PAUL MN 55129


ANNE BOLLER
3631 LONDON ROAD
DULUTH MN 55803


ARROW BUILDING CENTER
PO BOX 856310
MINNEAPOLIS MN 55485


BRIAN ANDRESEN
3713 LONDON RD
DULUTH MN 55804


BROWN & JOSEPH, LTD
ONE PIERCE PL
STE 700
ITASCA IL 60143


CALDWELL PLUMBING & HEATING
616 GLENWOOD ST
DULUTH MN 55803


CAMPBELLS LUMBER
3107 TOWER AVE
SUPERIOR WI 54880

CHRISTINE DEARING
2311 4TH STREET
DULUTH MN 55812


COMFORT SYSTEMS
PO BOX 860643
MINNEAPOLIS MN 55486


COUNTY MATERIALS CORPORATION
3200 S MAIN ST
RICE LAKE WI 54868


DAVID AND LINDA BERGUM
1282 WANDER ROAD
ISABELLA MN 55607


DEHAAN & BACH
25 WHITNEY DRIVE
STE 106
MILFORD OH 45150


EXCEL DRYWALL
600 BLVD PLACE
DULUTH MN 55811


FERGUSON ENTERPRISES
4209 AIRPARK BLVD
DULUTH MN 55811-5714


FINER HOMES CONSTRUCTION
4868 S SAM ANDERSON RD
SOUTH RANGE WI 54874


FOUNDATION BUILDING MATERIALS
5262 GLENBROOK AVE N
SAINT PAUL MN 55128

FRYBERGER BUCHANAN, ET AL.
TOM WITT
700 LONSDALE BLDG.
DULUTH MN 55802


FRYBERGER BUCHANAN, ET AL.
MATT HANKA
302 W SUPERIOR ST STE 700
DULUTH MN 55802-5150


GLASS GURU
102 E CENTRAL ENTRANCE
STE 6
DULUTH MN 55811


HANCO UTILITIES INC
PO BOX 55
LAKE NEBAGAMON WI 54849


HANFT FRIDE
130 W SUPERIOR ST STE 1000
DULUTH MN 55802-2082


HANNAH JOHNSON
419 N 13TH AVE E
DULUTH MN 55805


HANOVER INSURANCE GROUP
PO BOX 580045
CHARLOTTE NC 28258-0045


HARTEL'S DISPOSAL COMPANY
930 HIGHWAY 2
DULUTH MN 55810-1654


HELLMUTH & JOHNSON
NICKLAUS A. JOHNSON
8050 W 78TH ST
MINNEAPOLIS MN 55439-2530

IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346


JEFF AND TAMI RENGEL
3707 LONDON RD
DULUTH MN 55804


JEFFREY AND HEIDI SCHLOMANN
201 DOWNTOWN PLAZA
FAIRMONT MN 56031


JERRY AND GILLIAN MCNEAL
16641 DEVON DRIVE
MINNETONKA MN 55345


JOHNSON, KILLEN & SEILER, PA
DARYL FUCHIHARA
230 W SUPERIOR ST STE 800
DULUTH MN 55802-1916


JRK STEEL
5900 MAIN ST
DULUTH MN 55807


KATE HUFF
3711 LONDON RD
DULUTH MN 55804


KELLY KLUN
PO BOX 240
ELY MN 55731


LAGOM HOME MN LLC
3018 BALD EAGLE TRAIL
DULUTH MN 55804

```
LAKE CITY TOWING
2904 WINTER ST
SUPERIOR WI 54880


LAKE COUNTRY MASONRY
1707 N 8TH ST
SUPERIOR WI 54880


LAMPERT LUMBER
PO BOX 856310
MINNEAPOLIS MN 55485


LIKEWISE
3002 BALD EAGLE TRAIL
DULUTH MN 55804


LITTLE MOOSE PAINTING INC
6818 HIGHWAY 29
MEADOWLANDS MN 55765


MARK & TAMARA MASTEN
3709 LONDON RD
DULUTH MN 55804


MARK A, KIRKORSKY
LAW OFFICES
1119 W SOUTHERN AVE
MESA AZ 85210


MARK AND STACY  SVEJKOVSKY
3719 LONDON RD
DULUTH MN 55804


MASLONLLP
DAVID A. LABERGE
90 S 7TH ST, STE 3300
MINNEAPOLIS MN 55402
```

MATT CHRISTIANSEN
STACY RODD
5014 OTTER RIVER RD
DULUTH MN 55811


MIKE ADAMS FRAMING
4516 GLADSTONE ST
DULUTH MN 55804


MINARDI LUMBER
3707 LAVAQUE RD
DULUTH MN 55811


MINNESOTA DEPT OF REVENUE
ATT: 551 BANKRUPTCY SECTION
PO BOX 64447
SAINT PAUL MN 55106


MSA PROFESSIONAL SERVICES
1230 SOUTH BLVD
BARABOO WI 53913


NEAL AND ANGELA JACOBI
3625 LONDON RD
DULUTH MN 55804


NORTHWOODS SPRAY FOAM
6716 NORTHWOODS RD
DULUTH MN 55803


PAULS PORTABLES
PO BOX 581
SANDSTONE MN 55072


PEARSON LAW LLC
PO BOX 16873
DULUTH MN 55816

QUIGLEY LAW FIRM
PO BOX 390113
MINNEAPOLIS MN 55439-0113


ROBERT & MELANIE MCMICKEN
5012 SILVER LEAF ST
DULUTH MN 55811


ROSS DRYWALL
419 N 38TH AVE W
DULUTH MN 55807


RYAN WHIPPLER
333 N 1ST AVE W
APT 4108
DULUTH MN 55806


SCOTT AND KERI JENKINS
3705 LONDON RD
DULUTH MN 55804


SHERWIN WILLIAMS
4767 MILLER TRUNK HIGHWAY
DULUTH MN 55811


SIMCO ELECTRIC LLC
3947 E CALVARY RD
STE 102
DULUTH MN 55803


SURFACES BY DESIGN
50089 MATTERHORN DRIVE
DULUTH MN 55811


TITAN MACHINERY
4311 HAINES ROAD
DULUTH MN 55811

```
US LBM OPER. CO 3009
D/B/A MIDWEST REG CREDIT MANAG
520 3RD ST., STE 200
EXCELSIOR MN 55331


WENDY & ADAM OTTERNESS
3715 LONDON RD
DULUTH MN 55804


WOLCYN TREE FARMS
4542 HIGHWAY 95 NW
CAMBRIDGE MN 55008


YMCA
PO BOX 3678
DULUTH MN 55803
```